# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2022 KW 0567

**SEPTEMBER 8, 2022**

---

In Re:   Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court granted relator's request for an out-of-time appeal on March 29, 2022.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---
DEPUTY CLERK OF COURT
FOR THE COURT